USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVE SANDS,

      Plaintiff,

v.

COMPLEX MEDIA, INC.,

      Defendant.

---

Case No. 17-cv-3993-ALC

STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE
(FRCP 41(a)(1)(A)(ii))

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Steve Sands, and counsel for the Defendant, Complex Media, Inc. that the parties have reached a settlement and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

| | |
|---|---|
| _/s/ James H. Freeman_ | _/s/ Edward H. Rosenthal_ |
| James H. Freeman | Edward H. Rosenthal |
| Liebowitz Law Firm, PLLC | Frankfurt Kurnit Klein & Selz PC |
| 11 Sunrise Plaza, Suite 305 | 488 Madison Avenue |
| Valley Stream, NY 11580 | New York, New York 10022 |
| Tel: (516) 233-1660 | Tele: 212-826-5524 |
| jf@LiebowitzLawFirm.com | ERosenthal@fkks.com |
| Dated: May 7, 2019 | Dated: May 7, 2019 |
| *Attorneys for Plaintiff Steve Sands* | *Attorneys for Defendant Complex Media, Inc.* |

SO ORDERED:

_/s/ Andrew L. Carter_
Hon. Andrew L. Carter

5/8/19